UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELANIE WHITE, INDIVIDUALLY AND AS PR OF THE ESTATE OF ISIAH WHITE; AND DARREN POLLARD,<br><br>Plaintiffs,<br><br>vs.<br><br>LEIGH HLAVATY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DEPUTY CHIEF MEDICAL EXAMINER FOR THE WAYNE COUNTY MEDICAL EXAMINER'S OFFICE; AND WAYNE COUNTY,<br><br>Defendant. | 2:22-CV-12835-TGB<br><br><br>ORDER DISMISSING CASE<br><br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

DATED this 30th day of November, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge